# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RONALD STOCKTON, | : | No. 741 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS; | : | |
| MARIROSA LAMAS; B. THOMPSON; R. | : | |
| MARSH; T. MILLER; L. EATTON; AND R. | : | |
| VANCE, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.